### IN the INTEREST OF: Z.R.

### Juvenile Officer, Respondent,

### v.

### C.F. (Natural Mother), Appellant.

### WD 79623

Missouri Court of Appeals, Western District.

ORDER FILED: February 28, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied April 27, 2017

Edward E. Moore, Kansas City, MO, Attorney for Respondent,

Richard M. Acosta, Kansas City, MO, Attorney for Appellant.

Before Division Three: Karen King Mitchell, Presiding Judge, and Victor C. Howard and Gary D. Witt, Judges

### Order

Per Curiam:

C.F. (Mother) appeals from the family court's assumption of jurisdiction over Z.R. (Child) on the finding that Child was in need of care. Mother raises two claims on appeal. First, she argues that the court erred in failing to exclude testimony from Children's Division workers and Kansas City Police Department officers pertaining to statements made to them by Child because Mother had not received the required statutory notice before Child was interviewed. Second, she argues that the evidence was insufficient to support the court's determination that Child was in

---

need of care when it assumed jurisdiction. Finding no merit in either claim, we affirm. Rule 84.16(b).